**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STOURBRIDGE INVESTMENTS LLC, Derivatively on Behalf of Nominal Defendant ALTIMMUNE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIPIN K. GARG, RICHARD I. EISENSTADT, M. SCOTT HARRIS, MITCHEL SAYARE, DAVID J. DRUTZ, PHILIP HODGES, KLAUS O. SCHAFER, WAYNE PISANO, JOHN M. GILL, DIANE K. JORKASKY, and CATHERINE ANGELL SOHN,<br><br>Defendants,<br><br>and<br><br>ALTIMMUNE, INC.,<br><br>Nominal Defendant. | C.A. No. 1:24-cv-00669-GBW |

(Caption continues on next page.)

| | |
|---|---|
| MUSA ALARAIDAH, derivatively on behalf of ALTIMMUNE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VIPIN K. GARG, THE ESTATE OF RICHARD I. EISENSTADT, M. SCOTT HARRIS, DAVID J. DRUTZ, JOHN M. GILL, PHILIP HODGES, DIANE K. JORKASKY, WAYNE PISANO, MITCHEL SAYARE, CATHERINE ANGELL SOHN,<br><br>Defendants,<br><br>and<br><br>ALTIMMUNE, INC.,<br><br>Nominal Defendant. | C.A. No. 1:24-cv-00772-GBW |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL AND LIAISON COUNSEL**

WHEREAS, on June 4, 2024, plaintiff Stourbridge Investments LLC ("Stourbridge") filed a Verified Shareholder Derivative Complaint in this Court captioned *Stourbridge Investments LLC v. Garg, et al.*, C.A. No. 1:24-cv-00669-GBW derivatively on behalf of Altimmune, Inc. ("Altimmune" or the "Company") against Vipin K. Garg, Richard I. Eisenstadt, M. Scott Harris, Mitchel Sayare, David J. Drutz, Philip Hodges, Klaus O. Schafer, Wayne Pisano, John M. Gill, Diane K.

Jorkasky, and Catherine Angell Sohn, (the "Individual Defendants" and, together with Altimmune, "Defendants") for contribution under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duty, unjust enrichment, and waste of corporate assets (the "*Stourbridge* Action");

WHEREAS, on July 1, 2024, plaintiff Musa Alaraidah ("Alaraidah") filed a Verified Shareholder Derivative Complaint in this Court captioned *Alaraidah v. Garg, et al.*, C.A. No. 1:24-cv-00772-GBW derivatively on behalf of Altimmune against substantially the same set of Individual Defendants as named in the *Stourbridge* Action for breach of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for contribution under Sections 10(b) and 21D of the Exchange Act based on substantially similar facts and circumstances (the "*Alaraidah* Action");

WHEREAS, plaintiffs Stourbridge and Alaraidah (collectively, "Plaintiffs," and together with Defendants, the "Parties") agree that the *Stourbridge* Action and the *Alaraidah* Action (the "Related Derivative Actions") contain nearly identical factual and legal contentions, and that the administration of justice would be best served by consolidation of the Related Derivative Actions and appointing Co-Lead Counsel as set forth herein;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, Defendants take no position regarding the appointment of Co-Lead Counsel for Plaintiffs;

WHEREAS, counsel for Plaintiffs have conferred regarding the matters set forth herein;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and upon approval and entry by the Court shall be **ORDERED**, as follows:

1. To the extent they have not already been served, and without waiving or prejudice to any rights, arguments, or defenses Defendants may have, including but not limited to defenses based on lack of personal jurisdiction, the Defendants accept service of the complaints in the Related Derivative Actions.

2. The Parties shall have 60 days upon entry by the Court of this Order to submit a proposed schedule for the filing of a consolidated amended complaint or designation of an operative complaint and Defendants' response thereto. Defendants are not required to respond to any complaint in the Related Derivative Actions other than the operative consolidated amended complaint to be filed, and Defendants need not respond to such operative complaint until the date set by the Court in ruling on the proposed schedule.

3. The above-captioned actions are hereby consolidated for all purposes into C.A. No. 1:24-cv-00669-GBW (the "Consolidated Action").

4. All documents previously filed to date in any of the Related Derivative Actions shall be deemed part of the record in the Consolidated Action.

5. The Consolidated Action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALTIMMUNE, INC. STOCKHOLDER DERIVATIVE LITIGATION | CONSOLIDATED<br>C.A. No. 1:24-cv-00669-GBW |

6. Lifshitz Law PLLC ("Lifshitz Law") and the Brown Law Firm, P.C. ("BLF") are appointed Co-Lead Counsel in the Consolidated Action. Bielli & Klauder, LLC and Farnan LLP are appointed Liaison Counsel in the Consolidated Action.

7. Plaintiffs believe that their counsel, Lifshitz Law and BLF, are qualified to advocate for Plaintiffs. *See* Lifshitz Law firm resume (attached hereto as Exhibit A) and BLF firm resume (attached hereto as Exhibit B). Counsel for Altimmune and the Individual Defendants take no position on the qualifications or appointment of Co-Lead Counsel for Plaintiffs.

8. Co-Lead Counsel shall represent and set policy for plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely on all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

9. This Order shall apply to this Consolidated Action and any future filed similar derivative actions relating to the subject matter of this case. When a derivative case that properly belongs as part of the Consolidated Action is hereafter filed in, removed to, reassigned to, or transferred to this Court requests the assistance of counsel in calling to the attention of the Court the filing of any case which might properly be consolidated as part of the Consolidated Action, and counsel are to assist in assuring that counsel in subsequent similar derivative actions receive notice of this Order. All derivative actions related to the Consolidated Action that are subsequently filed in, removed to, reassigned to, or transferred to this Court shall be

consolidated into the Consolidated Action. This Order shall apply to every such similar derivative action, absent an order of the Court, and unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all such later similar derivative actions that are filed in, removed to, reassigned to, or transferred to this Court, and such similar derivative actions shall be consolidated into the Consolidated Action.

10. Nothing herein shall be construed as a waiver of any party's rights or positions in law or in equity, or as a waiver of any defenses that any party would otherwise have, and the parties reserve all such rights.

**IT IS SO STIPULATED**

Respectfully submitted,

DATED: July 16, 2024

**BIELLI & KLAUDER, LLC**
*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: rernst@bk-legal.com

*[Proposed] Liaison Counsel for Plaintiffs and Counsel for Plaintiff Stourbridge*

**LIFSHITZ LAW PLLC**
Joshua M. Lifshitz
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 28-7378

Email: jlifshitz@lifshitzlaw.com

*[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Stourbridge*

DATED: July 16, 2024

**FARNAN LLP**
*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, De 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: Bfarnan@Farnanlaw.Com
Email: Mfarnan@Farnanlaw.Com

*[Proposed] Liaison Counsel for Plaintiffs and Counsel for Plaintiff Alaraidah*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Alaraidah*

DATED: July 16, 2024

*/s/ Susan Hannigan Cohen*
Susan Hannigan Cohen (#5342)
Richards, Layton & Finger, P.A. 920
North King Street Wilmington, DE
19801 Tel.: 302-651-7578
scohen@rlf.com

OF COUNSEL:

**GOODWIN PROCTOR LLP**
Caroline H. Bullerjahn
*Pro hac vice motion pending*
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 523-1231
cbullerjahn@goodwinlaw.com

*Counsel for Defendants*

**APPROVED AND SO ORDERED** this ____ day of ____________, 2024.

______________________________
United States District Judge