**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE ALTIMMUNE, INC. STOCKHOLDER DERIVATIVE LITIGATION | C.A. No. 1:24-cv-00669-GBW |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Stourbridge Investments LLC and Musa Alaraidah ("Plaintiffs") and Defendants Vipin K. Garg, the estate of Richard I. Eisenstadt, M. Scott Harris, Mitchel Sayare, David J. Drutz, Philip Hodges, Klaus O. Schafer, Wayne Pisano, John M. Gill, Diane K. Jorkasky, Catherine Angell Sohn, and nominal defendant Altimmune, Inc. (collectively, "Defendants") herby stipulate that the above-captioned action, per Defendants' request, to which Plaintiffs consent, is voluntarily dismissed without prejudice, with each party to bear its own costs.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint or filed a motion for summary judgment and because the voluntary dismissal is pursuant to a stipulation.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because dismissal is without prejudice, and neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation for this dismissal..

Respectfully submitted,

DATED: January 31, 2025

**BIELLI & KLAUDER, LLC**
*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: rernst@bk-legal.com

*Liaison Counsel for Plaintiffs and Counsel for Plaintiff Stourbridge*

**LIFSHITZ LAW PLLC**
Joshua M. Lifshitz
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 28-7378
Email: jlifshitz@lifshitzlaw.com

*Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Stourbridge*

DATED: January 31, 2025

**FARNAN LLP**
*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, De 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: Bfarnan@Farnanlaw.Com
Email: Mfarnan@Farnanlaw.Com

*Liaison Counsel for Plaintiffs and Counsel for Plaintiff Alaraidah*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Alaraidah*

DATED: January 31, 2025

/s/ Susan Hannigan Cohen
Susan Hannigan Cohen (#5342)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Tel.: 302-651-7578
scohen@rlf.com

OF COUNSEL:

**GOODWIN PROCTER LLP**
Caroline H. Bullerjahn (*pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 523-1231
cbullerjahn@goodwinlaw.com

*Counsel for Defendants*

**APPROVED AND SO ORDERED** this 3d day of February, 2025.

Hon. Gregory B. Williams
United States District Judge